ACCEPTED
12-14-00337-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/22/2015 4:23:38 PM
CATHY LUSK
CLERK

# IN THE COURT OF APPEALS
## TWELFTH SUPREME JUDICIAL DISTRICT

|  |  |  |
|---|---|---|
| LARRY MAPLES | § | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
|  | § |  |
| VS. | § | NOS. 12-14-00337-CR |
|  | § |  |
| THE STATE OF TEXAS | § |  |

7/22/2015 4:23:38 PM
CATHY S. LUSK
Clerk

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The State in the above captioned case, through the undersigned Assistant Criminal District Attorney, moves the Court for an extension of time in which to file the State's brief. As grounds therefore, the State shows the Court the following:

1. The trial court: 294th Judicial District Court

2. The number and style of the case in the trial court: Cause No. CR13-00334; The State of Texas vs. Larry Maples

3. The offense for which the appellant was convicted: Capital Murder

4. The punishment assessed: Life imprisonment without parole

5. The present deadline for filing the State's brief: July 31, 2015

6. The length of time requested for an extension: 30 days

7. The number of extensions previously granted: 1

8. The facts relied upon to show good cause for the requested extension is set forth in the attached affidavit.

Respectfully submitted,

RICHARD A. SCHMIDT

Assistant Criminal District Attorney
Van Zandt County, Texas
400 S. Buffalo
Canton, Texas 75103
903-567-4104
State Bar No. 24043907
ATTORNEY FOR THE STATE

AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

RICHARD A. SCMIDT, who, after being duly sworn stated:

"I am the attorney for the State in the above-entitled and numbered cause.

The State's request for an extension of time is based upon the following facts:

I am one of five prosecutors, including the elected District Attorney, in the

Van Zandt County Criminal District Attorney's office. This office is without

designated appellate attorney's; therefore, I was assigned to complete the

State's brief. In addition to my normal felony prosecution duties and my

administrative duties as the First Assistant, I have been assigned the task of

CJIS reporting compliance with a July 31st deadline, I have also been

woking on completing the State's response brief in Case Number 12-14-

00368-CR entitled John Calvin Marshall v. The State of Texas, and I am

registered to attend the Advanced Criminal Law Seminar CLE in San

Antonio for which I must travel to San Antonio on July 26, 2015. Due to my

overwhelming caseload and other duties, I will be unable to complete the

State's brief in the time allotted ."

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the _____ day of _____, 2015 .

_____
Notary Public in and for
The State of Texas

**VICKY A PIERCE**
**Notary Public**
**STATE OF TEXAS**
**My Comm. Exp. November 2, 2015**

My Commission Expires: 11-2-15

## CERTIFICATE OF SERVICE

I, Richard A. Schmidt, do hereby certify that a true and correct copy of the foregoing instrument was served on Appellant's Attorney of Record, James Huggler, on the 22st day of July, 2015.

_____
RICHARD A. SCHMIDT